**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

VEOTIS MULDREW
ADC # 123054                                                                                          PLAINTIFF

                              5:08CV00219 BSM/HDY (lead)
V.                            5:08CV0220 WRW/HDY


ED ADAM, Captain, W.C. "Dub" Brassell Detention
Center; MAYS, Mrs., W.C. "Dub" Brassell
Detention Center; and HURST, Jail Administrator,
W.C. "Dub" Brassell Detention Center                                                    DEFENDANTS


**ORDER**

On August 6, 2008, Plaintiff, an inmate at the W.C. "Dub" Brassell Detention Center, filed two *pro se* Complaints pursuant to 42 U.S.C. § 1983.  Both of these pleadings name the same three Defendants and raise similar claims related to conditions at the jail.  Review of these Complaints reveals that Plaintiff's claims would best be addressed in a single case, and that consolidation would result in the most economical use of the parties' and the Court's resources.

IT IS THEREFORE ORDERED that:

1. Case numbers 5:08CV00219 BSM/HDY and 5:08CV02203 WRW/HDY should be CONSOLIDATED, to continue as one case under case number 5:08CV00219 BSM/HDY.

2. All pleadings should be filed only in the lead case.

3. The Clerk is directed to take the necessary steps to effect consolidation, and to make the necessary chip exchange.

4. A copy of this Order should be filed in both case files.

DATED this 20th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE