### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

VEOTIS MUDROW
ADC # 123054                                                                                           PLAINTIFF

V.                        5:08CV00219 HDY (lead)
                          5:08CV0220 HDY

ED ADAM, Captain, W.C. "Dub" Brassell Detention
Center; MAYS, Mrs., W.C. "Dub" Brassell
Detention Center; and HURST, Jail Administrator,
W.C. "Dub" Brassell Detention Center                                                          DEFENDANTS

## JUDGMENT

Consistent with the Orders that have been entered in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED without prejudice.

DATED this   11   day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE